NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SMITA A. PATEL,**
*Petitioner,*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent,*

AND

**UNITED STATES POSTAL SERVICE,**
*Intervenor.*

---

2012-3113

---

Petition for review of the Merit Systems Protection Board in case no. CH0353110410-I-1.

---

## ON MOTION

---

## O R D E R

The United States Postal Service (USPS) moves without opposition to reform the caption to name the Merit Systems Protection Board as the respondent and for leave to intervene.

Pursuant to 5 U.S.C. § 7703(a)(2), the Board is designated as the respondent when the Board's decision concerns the procedure or jurisdiction of the Board. In this case, the Board dismissed the appeal for lack of jurisdiction. Thus, the Board is the proper respondent in this petition for review.

Accordingly,

IT IS ORDERED THAT:

The motion to reform the official caption and to intervene is granted. The revised official caption is reflected above. The Board and the USPS should calculate the due date for their response briefs from the date of filing of this order.

FOR THE COURT

**JUN 2 1 2012**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Smita A. Patel
    Joseph A. Pixley, Esq.
    Calvin Morrow, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**JUN 2 1 2012**

**JAN HORBALY**
**CLERK**